```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF WEST VIRGINIA
                            AT CHARLESTON
```

**NORTHEAST NATURAL ENERGY LLC,**

        **Plaintiff,**

**v.**                                         **Civil Action no. 2:19-cv-00748**

**LARSON ENTERPRISES, INC. et al.,**

        **Defendants.**

## MEMORANDUM OPINION AND ORDER

Pending is the defendants' motion to reconsider the October 18, 2019 Order and Notice of this court. The Order and Notice established deadlines for the parties to file motions under Rule 12(b), hold the Rule 26(f) planning meeting, file the report of the Rule 26(f) meeting, hold the scheduling conference, and serve Rule 26(a)(1) disclosures.

This case is an action to vacate an arbitration award and is governed by the Federal Arbitration Act. As such, Local Civil Rule 16.1(g)(13) exempts this action from the requirements of Federal Rules of Civil Procedure 16(b), 26(f), and 26(a)(1)-(4) and related Local Rules, including the deadlines enumerated in the October 18, 2019 Order and Notice.

For the foregoing reasons, it is ORDERED that the motion to reconsider be, and it hereby is, granted to the extent that the remaining deadlines in the October 18, 2019 Order and Notice –- the scheduling conference and the deadline to serve Rule 26(a)(1) disclosures -- are cancelled.

The Clerk is directed to transmit copies of this memorandum opinion and order to all counsel of record and to any unrepresented parties.

ENTER: November 26, 2019

John T. Copenhaver, Jr.
Senior United States District Judge